| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO. DAY YEAR | J | N/S | O | D PTF DEF | R 23 | DEMAND $ OTHER NEAREST $1,000 | JUDGE/MAG NUMBER | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 79 2357 | 09 11 79 | 1 | 440 | 1 | | | 635 | 9-8 | | 79 2357 |

### PLAINTIFFS

BLANKENSHIP, EDNA FAYE,
BLANKENSHIP, DAVID RAY,
BLANKENSHIP, MICHAEL WAYNE and
BLANKENSHIP, JAIME MICHELLE,
by their NEXT FRIEND

### DEFENDANTS

CASEY, PATRICK and
SOVICK, GEORGE P., JR.

*Transferred to Judge Staker*

### CAUSE

Title 42, USC, Section 1983, 1985 and 1988: Plaintiffs allege violation of civil rights under the provisions of the 14th Amendment to the Constitution of the United States. Plaintiffs allege violation of their rights due to the alleged denial of due process of law in adoption proceedings.

### ATTORNEYS

Leland T. Sloan
Burgess & Sloan
501 Sixth Avenue
St. Albans, WV 25177
304/722-3351

George P. Sovick, Jr.
Edward W. Eardley
STEPTOE & JOHNSON
PO Box 1588
Charleston 25329
343-2191

~~RXXXNRX~~
Honorable Patrick Casey
Judge, 13th Judicial Circuit
Kanawha County WV
F. Layton Cottrill, Jr.
Assistant Attorney General
Room 26-E, State Capitol
Charleston 25305
and
Lawrence R. Frail
Assistant Attorney General

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 9/11/79 | 86450 | #535502 | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET — DC-111 (Rev. 1/78)

CA 79-2357 CH, EDNA FAYE BLANKENSHIP et al v. PATRICK CASEY and GEORGE P. SOVICK, JR.
Case 2:79-cv-02357   Document 1   Filed 09/11/79   Page 2 of 2 PageID #: 2
2509

| DATE | NR | PROCEEDINGS |
|---|---|---|
| 1979 | | |
| Sept. 11 | 1 | FILED: Complaint (Issued summons & 2, ret. 20 days) |
| Sep 24 | 2 | FILED: US Marshal's returns |
| Oct 1 | 3 | FILED: Defdt Sovick's mtn to dismiss and answer |
| Oct 2 | 4 | FILED: Defdt Casey's notice of mtn with mtn to dismiss |
| Oct 12 | 5 | ORDER: **transferring to Judge Robert J. Staker for further proceedings** Certified copies to counsel |
| 1981 | | |
| Sep 14 | 6 | FILED: Notice that action to be dismissed in 30 days pursuant Rule 2.07 unless good cause shown |
| Oct 26 | 7 | ORDER (2509) Action dismissed pursuant Rule 2.07 with leave to reinstate upon good cause shown (EOD 10/26/81)  cc: attys   CLOSED   amd |